IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| IN RE: | CASE NO. 25-55441-sms |
|---|---|
| BRIAN MICHAEL RAMSEY, | CHAPTER: 13 |
| Debtor. | JUDGE: SAGE M. SIGLER |

<u>OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE</u>

COMES NOW Lakeview Loan Servicing, LLC, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 135 Opal Court, Fayetteville, GA 30215, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1.  Creditor anticipates filing a pre-petition arrearage claim in the approximate amount of $16,979.53, more particularly described in the proof of claim once filed. The plan does not reference the property in the schedules or a treatment. Debtor has underestimated the amount of the arrearage due to the Creditor, and for this reason, Creditor objects.

2.  Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case.  Creditor prays for reasonable attorney's fees and for such other and further relief

as is just and equitable.

/s/ *Eric Smith*
Eric Smith, Bar No.: 347001
Attorney for Creditor
ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: esmith@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 25-55441-SMS |
| BRIAN MICHAEL RAMSEY, | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

This is to certify that on this day I electronically filed the foregoing **OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Lorena Lee Saedi

K. Edward Safir

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

Brian Michael Ramsey
300 Argento Dr.
Mcdonough, GA 30253

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: July 7, 2025

Signature: /s/ *Eric Smith*
Printed Name: ERIC SMITH
Address:   Aldridge Pite, LLP
           3333 Camino del Rio South, Suite 225
           San Diego, CA 92108
Phone:     (858) 750-7600
Fax:       (619) 590-1385