```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

IN RE: BRIAN MICHAEL RAMSEY,    { CHAPTER 13
                                {
                                {
    DEBTOR                      { CASE NO. A25-55441-SMS
                                {
                                { JUDGE SIGLER

## OBJECTION TO CONFIRMATION

    COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Debtor's payments under the proposed plan are not current.

    2.  The Debtor has failed to return either completed Cash Flow Reports or Questionnaire to Business Debtor(s). The Trustee is unable to determine the feasibility of the proposed plan. 11 U.S.C. Section 1325(a)(6).

    3.  The Debtor has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor provide the Trustee with a sworn statement by the Debtor, in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

    4.  The Debtor appeared at the 341 meeting but the Trustee was unable to conduct the 341 as the Debtor failed to provide the requested information regarding his business.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                             /s/
                                   Albert C. Guthrie, Attorney
                                   for Chapter 13 Trustee
                                   GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

A25-55441-SMS

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEDI LAW GROUP, LLC

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

BRIAN MICHAEL RAMSEY
300 ARGENTO DRIVE
APT. 3108
MCDONOUGH, GA 30253


This 16th day of July, 2025

Respectfully submitted,

 /s/
Albert C. Guthrie, Attorney
for the Chapter 13 Trustee
GA Bar No. 142399




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com